1  EVE M. CODDON (SB# 125389)
   evecoddon@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
5
   GRACE A. CARTER (SB# 101610)
6  gracecarter@paulhastings.com
   SEAN UNGER (SB# 231694)
7  seanunger@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
10 Facsimile: (415) 856-7100

11 Attorneys for Plaintiffs
   FOXCONN ELECTRONICS, INC., and
12 HON HAI PRECISION INDUSTRY CO., LTD.

E-FILING

**Filed**

NOV 0 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 FOXCONN ELECTRONICS, INC., a          CASE NO. C07 05710
   California corporation, and HON HAI
18 PRECISION INDUSTRY CO., LTD., a       **PLAINTIFFS' CERTIFICATION OF**
   Taiwanese corporation,                **INTERESTED ENTITIES OR PERSONS**
19
                  Plaintiff,
20
       vs.
21
   ROBINSON & WOOD, INC., a California
22 corporation, ARCHIE S. ROBINSON, an
   individual,
23
                  Defendants.
24

25         Pursuant to Civil Local Rule 3-16, and in order to permit the Judges of this Court

26 to evaluate any need for disqualification or recusal, the undersigned certifies on behalf of

27 plaintiffs Foxconn Electronics, Inc. and Hon Hai Precision Industry Co., Ltd. that the following

28 listed persons, associations of persons, firms, partnerships, corporations (including parent

Case No.                                    PLAINTIFF'S CERTIFICATION OF
                                            INTERESTED ENTITIES OR PERSONS

corporations) or other entities have a financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of the proceeding:

    1.     Foxconn Electronics, Inc. (Plaintiff);

    2.     Hon Hai Precision Industry Co., Ltd. (Plaintiff);

    3.     Robinson & Wood, Inc. (Defendant); and

    4.     Archie S. Robinson (Defendant).

DATED: November 9, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Grace Carter*

GRACE A. CARTER

Attorneys for Plaintiffs
FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY CO., LTD.

LEGAL_US_W # 57493157.1

Case No.     -2-     PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS