```
 1  EVE M. CODDON (SB# 125389)
    evecoddon@paulhastings.com
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
 3  Twenty-Fifth Floor
    Los Angeles, CA 90071-2228
 4  Telephone: (213) 683-6000
    Facsimile: (213) 627-0705
 5
    GRACE A. CARTER (SB# 101610)
 6  gracecarter@paulhastings.com
    SEAN UNGER (SB# 231694)
 7  seanunger@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 8  55 Second Street
    Twenty-Fourth Floor
 9  San Francisco, CA 94105-3441
    Telephone: (415) 856-7000
10  Facsimile: (415) 856-7100

11  Attorneys for Plaintiffs
    FOXCONN ELECTRONICS, INC., and
12  HON HAI PRECISION INDUSTRY CO., LTD.
```

E-FILING

ADR

Filed

NOV 09 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C07 05710 RS

| FOXCONN ELECTRONICS, INC., a California corporation, and HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBINSON & WOOD, INC., a California corporation, ARCHIE S. ROBINSON, an individual,<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

Pursuant to Civil Local Rule 3-13, Plaintiffs Foxconn Electronics, Inc. and Hon Hai Precision Industry Co., Ltd. (collectively, "Foxconn") hereby provides the Court with this Notice of Pendency of Other Action or Proceeding:

In November 2006, Foxconn filed an action that involves the same subject matter and involves all of the same parties. The other action, entitled <u>Foxconn Electronics, Inc. and Hon Hai Precision Industry Co., Ltd v. Robinson & Wood, Inc. and Archie S. Robinson</u>, is pending in the Superior Court of the State of California, County of Santa Clara, Case No. 1-07-cv-085017.

Foxconn has filed this action in the United States District Court in light of the recent decision of the United States Court of Appeals for the Federal Circuit entitled <u>Air Measurement Technologies, Inc. v. Akin Gump Strauss Hauer & Feld, LLP</u> (Case No. 2007-1035), 2007 U.S. App. LEXIS 24098. In <u>Air Measurement</u>, the Court held that jurisdiction under 28 U.S.C § 1338 exists for a legal malpractice claim stemming from alleged mishandling of earlier patent litigation, where issues relating to patent infringement are a necessary element of such a claim. A Petition for Rehearing *En Banc* has been filed by the Defendants/Appellants in the <u>Air Measurement</u> case. Accordingly, to ensure that this legal malpractice action is pending in a court with subject matter jurisdiction, Foxconn has filed this action in this Court. Foxconn will seek the assistance of this Court and the Santa Clara County Superior Court to ensure that judicial resources are properly utilized and conserved.

DATED: November 9, 2007        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Grace Carter
    GRACE A. CARTER

Attorneys for Plaintiffs
FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY CO., LTD.

LEGAL_US_W # 57493338.1

Case No.        -1-        PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING