1  EVE M. CODDON (SB# 125389)
   evecoddon@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
3  Los Angeles, CA 90071-2228
   Tel.: (213) 683-6000  Fax: (213) 627-0705
4
5  GRACE A. CARTER (SB# 101610)
   gracecarter@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
7  Tel.: (415) 856-7000  Fax: (415) 856-7100

8  Attorneys for Plaintiffs
   FOXCONN ELECTRONICS, INC., and
9  HON HAI PRECISION INDUSTRY CO., LTD.

10 JOSEPH P. MCMONIGLE (SB# 66811)
   jmcmonigle@longlevit.com
11 GLEN R. OLSON (SB# 111914)
   golson@longlevit.com
12 JESSICA R. MACGREGOR (SB# 168777)
   jmacgregor@longlevit.com
13 LONG & LEVIT LLP
   465 California Street, Suite 500
14 San Francisco, CA 94104
   Tel.: (415) 397-2222  Fax: (415) 397-6392
15
   Attorneys for Defendants
16 ROBINSON & WOOD, INC. and ARCHIE S. ROBINSON

17                UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                      SAN JOSE DIVISION

20
   FOXCONN ELECTRONICS, INC., a          Case No. C07-05710 RS
21 California corporation, and HON HAI
   PRECISION INDUSTRY CO., LTD., a       **STIPULATION FOR EXTENSION OF
22 Taiwanese corporation,                TIME TO RESPOND TO COMPLAINT
                                         AND STAY OF DISCOVERY**
23                Plaintiffs,
         vs.                             Action Filed:    November 9, 2007
24
   ROBINSON & WOOD, INC., a California
25 corporation, ARCHIE S. ROBINSON, an
   individual, and DOES 1-100, inclusive,
26
                  Defendants.
27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION -- # C07-05710 RS

Pursuant to Northern District Local Rule 6-1(a), Plaintiffs Foxconn Electronics, Inc. and Hon Hai Precision Industry Co., Ltd. ("Plaintiffs") and Defendants Robinson & Wood, Inc. and Archie Robinson ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 9, 2007, Plaintiffs filed with the Court their Complaint, alleging professional negligence, breach of contract, and breach of fiduciary duty;

WHEREAS, Defendants have not yet filed an Answer in the above-captioned action;

WHEREAS, on November 9, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order");

WHEREAS, the Order provides that the parties have until February 6, 2008 to meet and confer regarding, among other things, initial disclosures and discovery;

WHEREAS, pursuant to the Order, the Court has scheduled an Initial Case Management Conference on February 27, 2008;

WHEREAS, the parties have agreed to pursue alternative dispute resolution and will attend a second session of mediation on or about January 18, 2008;

WHEREAS, persons with full settlement authority will attend the mediation session scheduled for January 18, 2008;

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION -- # C07-05710 RS

WHEREAS, to facilitate resolution of the parties' dispute, Defendants seek an extension of the time in which to respond to Plaintiffs' Complaint and the parties seek a stay of: (i) discovery, (ii) the production of Rule 26 initial disclosures, and (iii) other Court-required procedures;

WHEREAS, the parties agree that the filing of this stipulation does not constitute a general appearance by Defendants, and Defendants, by executing this Stipulation, do not waive their right to assert any defense to this action, including but not limited to lack of jurisdiction or that the Plaintiffs' Complaint is barred by the applicable statute of limitations. The parties further stipulate that the filing of this stipulation does not constitute an acknowledgement by Plaintiffs of the merits of any defenses that may be asserted by Defendants or an agreement that any such defenses have not been previously waived.

WHEREAS, the parties neither seek to change the date by which a meeting of counsel must occur regarding the initial disclosures and discovery (February 6, 2008), nor do the parties seek to change the date of the Initial Case Management Conference (February 27, 2008);

THEREFORE, pursuant to the parties' agreement, Defendants shall have until February 6, 2008 to respond to Plaintiffs' Complaint. Moreover, the parties are not required to

/ / /

/ / /

/ / /

/ / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

STIPULATION -- # C07-05710 RS

engage in discovery, to produce Rule 26 initial disclosures, or participate in other Court-required procedures from the date of this Stipulation and continuing until January 18, 2008.

Dated: November 30, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
EVE M. CODDON
Attorneys for Plaintiffs
FOXCONN ELECTRONICS, INC., and
HON HAI PRECISION INDUSTRY CO., LTD.

Dated: November 30, 2007     LONG & LEVIT LLP

By: _____
JESSICA R. MACGREGOR
Attorneys for Defendants
ROBINSON & WOOD, INC., AND
ARCHIE S. ROBINSON

C:\Documents and Settings\244\Local Settings\Temporary Internet Files\OLK32\Stip RW's time to file Responsive Pleadings(v1) (4).DOC
DRAFT 11/30/07 10:21 AM

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

STIPULATION -- # C07-05710 RS