EVE M. CODDON (SB# 125389)
evecoddon@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Tel.: (213) 683-6000  Fax: (213) 627-0705

GRACE A. CARTER (SB# 101610)
gracecarter@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Tel.: (415) 856-7000  Fax: (415) 856-7100

Attorneys for Plaintiffs
FOXCONN ELECTRONICS, INC., and
HON HAI PRECISION INDUSTRY CO., LTD.

JOSEPH P. MCMONIGLE (SB# 66811)
jmcmonigle@longlevit.com
GLEN R. OLSON (SB# 111914)
golson@longlevit.com
JESSICA R. MACGREGOR (SB# 168777)
jmacgregor@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
Tel.: (415) 397-2222  Fax: (415) 397-6392

Specially Appearing for Defendants
ROBINSON & WOOD, INC. and ARCHIE S. ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FOXCONN ELECTRONICS, INC., a California corporation, and HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINSON & WOOD, INC., a California corporation, ARCHIE S. ROBINSON, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05710 RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; STAY OF DISCOVERY; AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON**<br><br>Action Filed:   November 9, 2007 |

DOCS\S1169-191\544863.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; STAY OF DISCOVERY; AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON – CASE NO. C07-05710 RS

1  Pursuant to Northern District Local Rule 6-1(a), Plaintiffs Foxconn Electronics, Inc. and Hon Hai Precision Industry Co., Ltd. ("Plaintiffs") and Defendants Robinson & Wood, Inc. and Archie Robinson ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on November 9, 2007, Plaintiffs filed with the Court their Complaint, alleging professional negligence, breach of contract, and breach of fiduciary duty;

WHEREAS, on November 9, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Order");

WHEREAS, the Order provides that the parties have until February 6, 2008 to meet and confer regarding, among other things, initial disclosures and discovery;

WHEREAS, pursuant to the Order, the Court has scheduled an Initial Case Management Conference on February 27, 2008;

WHEREAS, the parties agreed to pursue alternative dispute resolution and attend a second session of mediation with Judge Edward Infante on January 18, 2008;

WHEREAS, persons with full settlement authority were scheduled to attend the mediation session scheduled for January 18, 2008;

WHEREAS, Judge Infante cancelled the January 18, 2008 mediation;

WHEREAS, to facilitate resolution of the parties' dispute, Defendants and Plaintiffs entered into a stipulation by which they agreed to extend the time for Defendants to file a responsive pleading in this matter to February 6, 2008 and stay: (i) discovery, (ii) the production of Rule 26 initial disclosures, and (iii) other Court-required procedures;

WHEREAS, the parties agreed that the filing of the stipulation did not constitute a general appearance by Defendants, and that Defendants did not waive their right to assert any defense to this action, including, but not limited to, lack of jurisdiction or that Plaintiffs' Complaint is barred by the applicable statute of limitations;

WHEREAS, the parties further agreed that the filing of the stipulation did not constitute an acknowledgement by Plaintiffs of the merits of any defenses that may be asserted by

DOCS\S1169-191\544863.V1                                  2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; STAY OF DISCOVERY; AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON – CASE NO. C07-05710 RS

Defendants or an agreement that any such defenses have not been previously waived;

WHEREAS, the Parties' stipulation was filed on or about November 30, 2007;

WHEREAS, the Parties have rescheduled the mediation with Judge Infante for March 12, 2008;

WHEREAS, persons with full settlement authority are scheduled to attend the March 12, 2008 mediation session with Judge Infante;

WHEREAS, to facilitate resolution of the parties' dispute, Defendants seek a further extension of the time in which to respond to Plaintiffs' Complaint and the parties seek a stay of: (i) discovery, (ii) the production of Rule 26 initial disclosures, and (iii) other Court-required procedures;

WHEREAS, the parties agree that the filing of this stipulation does not constitute a general appearance by Defendants, and that Defendants do not waive their right to assert any defense to this action, including, but not limited to lack of jurisdiction or that Plaintiffs' Complaint is barred by the applicable statute of limitations;

WHEREAS, the parties agree that the filing of this stipulation does not constitute an acknowledgment by Plaintiffs of the merits of any defenses that may be asserted by Defendants or an agreement that any such defenses have not been previously waived;

WHEREAS, in order to facilitate resolution of the parties' dispute they seek to change the date by which a meeting of counsel must occur regarding the initial disclosures and discovery (February 6, 2008), the date for filing Rule 26 reports (February 22, 2008), and the date of the Initial Case Management Conference (February 27, 2008);

THEREFORE, pursuant to the parties' agreement, Defendants shall have until April 2, 2008 to respond to Plaintiffs' Complaint. Moreover, the parties are not required to engage in discovery, to produce Rule 26 initial disclosures, or participate in other Court-required procedures from the date of this Stipulation and continuing until March 12, 2008. The parties further agree to the following new Initial Case Management schedule: April 2, 2008 – Last day to (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and

DOCS\S1169-191\544863.V1                                3

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; STAY OF DISCOVERY; AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON – CASE NO. C07-05710 RS

1  discovery plan; and, (b) file Joint ADR Certification with Stipulation to ADR process or Notice
2  of Need for ADR Phone Conference; April 16, 2008 – Last day to file Rule 26(f) Report,
3  complete initial disclosures or state objection in Rule 26(f) Report and file Case Management
4  Statement; and, April 23, 2008 – Initial Case Management Conference, in Courtroom 4, Fifth
5  Floor, San Jose, California, at 2:30 p.m.

6  Dated: February 04, 2008.          PAUL, HASTINGS, JANOFSKY & WALKER LLP

8                                    By: _Eve M. Coddon / DP_____
9                                        EVE M. CODDON
                                         Attorneys for Plaintiffs
10                                       FOXCONN ELECTRONICS, INC., and
                                         HON HAI PRECISION INDUSTRY CO.,
11                                       LTD.

12  Dated: February 5, 2008.          LONG & LEVIT LLP

14                                    By: _____
                                         JESSICA R. MACGREGOR
15                                       Specially Appearing for Defendants
                                         ROBINSON & WOOD, INC., AND
                                         ARCHIE S. ROBINSON

17        Based on the parties' stipulation and good cause appearing therefore, IT IS SO
18  ORDERED.

19
20  Dated: _____, 2008.

21                                                _____
22                                                Hon. Richard Seeborg

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

DOCS\S1169-191\544863.V1                                4

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; STAY OF DISCOVERY; AND RESCHEDULING OF
CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER THEREON – CASE NO. C07-05710 RS