1  EVE M. CODDON (SB# 125389)
   evecoddon@paulhastings.com
2  DANIEL PRINCE (SB# 237112)
   danielprince@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
4  Los Angeles, CA  90071-2228
   Tel.:  (213) 683-6000  Fax:  (213) 627-0705
5
   Attorneys for Plaintiffs
6  FOXCONN ELECTRONICS, INC., and
   HON HAI PRECISION INDUSTRY CO., LTD.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| FOXCONN ELECTRONICS, INC., a California corporation, and HON HAI PRECISION INDUSTRY CO., LTD., a Taiwanese corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINSON & WOOD, INC., a California corporation, ARCHIE S. ROBINSON, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05710 RS<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:     November 9, 2007 |
|---|---|

NOTICE OF APPEARANCE

1   PLEASE TAKE NOTICE that, on behalf of Plaintiffs Foxconn Electronics, Inc.
2   and Hon Hai Precision Industry Co., Ltd., Daniel Prince hereby enters an appearance in the
3   above-captioned matter.  Daniel Prince is admitted to practice before all courts of the State of
4   California and this Court.

Dated:  April 1, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                         By:   /s/ Daniel Prince
                                               DANIEL PRINCE
                                               Attorneys for Plaintiffs
                                               FOXCONN ELECTRONICS, INC., and
                                               HON HAI PRECISION INDUSTRY CO.,
                                               LTD.

2

NOTICE OF APPEARANCE