1   EVE M. CODDON (SB# 125389)
    evecoddon@paulhastings.com
2   DANIEL PRINCE (SB#237112)
    danielprince@paulhastings.com
3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street, 25th Floor
4   Los Angeles, CA  90071-2228
    Tel.: (213) 683-6000  Fax: (213) 627-0705
5
    Attorneys for Plaintiffs
6   FOXCONN ELECTRONICS, INC., and
    HON HAI PRECISION INDUSTRY CO., LTD.
7

8   JOSEPH P. MCMONIGLE (SB# 66811)
    jmcmonigle@longlevit.com
9   GLEN R. OLSON (SB# 111914)
    golson@longlevit.com
10  JESSICA R. MACGREGOR (SB# 168777)
    jmacgregor@longlevit.com
11  LONG & LEVIT LLP
    465 California Street, Suite 500
12  San Francisco, CA  94104
    Tel.: (415) 397-2222  Fax: (415) 397-6392
13
    Attorneys for Defendants
14  ROBINSON & WOOD, INC. and ARCHIE S. ROBINSON

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                  SAN JOSE DIVISION

18  FOXCONN ELECTRONICS, INC., a          Case No. C07-05710 RS
    California corporation, and HON HAI
19  PRECISION INDUSTRY CO., LTD., a        **STIPULATION FOR DISMISSAL**
    Taiwanese corporation,
20
                                           Action Filed:    November 9, 2007
21                    Plaintiffs,

22         vs.

23  ROBINSON & WOOD, INC., a California
    corporation, ARCHIE S. ROBINSON, an
    individual, and DOES 1-100, inclusive,
24
25                    Defendants.

26

27

28

1    Pursuant to Northern District Local Rule 6-1(a), Plaintiffs Foxconn Electronics,

2  Inc. and Hon Hai Precision Industry Co., Ltd. ("Plaintiffs") and Defendants Robinson & Wood,

3  Inc. and Archie Robinson ("Defendants"), by and through their respective counsel, hereby

4  stipulate as follows:

5

6    WHEREAS, on November 9, 2007, Plaintiffs filed with the Court their Complaint,

7  Case No. C07-05710 RS, alleging professional negligence, breach of contract, and breach of

8  fiduciary duty (the "Lawsuit");

9

10    WHEREAS, Defendants have not yet filed an Answer to the Lawsuit;

11

12    WHEREAS, Plaintiffs seek to dismiss the Lawsuit with prejudice, with each party

13  to bear their respective attorneys' fees, costs, and expenses;

14

15    //

16

17    //

18

19    //

20

21    //

22

23    //

24

25    //

26

27    //

28

STIPULATION FOR DISMISSAL

THEREFORE, pursuant to the parties' agreement, the Lawsuit shall be and hereby is dismissed with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses. This Stipulation may be executed in counterparts and by e-mail or facsimile, each of which taken together constitutes the original.

Dated:  Apr. 11  , 2008                PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____
    DANIEL PRINCE
    Attorneys for Plaintiffs
    FOXCONN ELECTRONICS, INC., and
    HON HAI PRECISION INDUSTRY CO.,
    LTD.

Dated:  April 1  , 2008                LONG & LEVIT LLP


By: _____
    JESSICA R. MACGREGOR
    Attorneys for Defendants
    ROBINSON & WOOD, INC., AND
    ARCHIE S. ROBINSON

3

1

## <u>ORDER</u>

2

3        Pursuant to the parties' Stipulation, the Lawsuit (*i.e.* Case No. C07-05710 RS),

4   shall be and hereby is dismissed with prejudice.  Each party shall bear their respective attorneys'

5   fees, costs, and expenses.  IT IS SO ORDERED.

6

7   Dated:                                    By:  _____

8                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4