**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing document, entitled "STIPULATION FOR DISMISSAL," has been made, on this 1st day of April, 2008, upon the following recipient(s), via CM/ECF:

Jessica R. MacGregor, Esq.
Long & Levit LLP
465 California Street, 5th Floor
San Francisco, CA  94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
E-mail:  jmacgregor@longlevit.com

By:  /s/ Daniel Prince
Daniel Prince
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
E-mail:  danielprince@paulhastings.com