1  EVE M. CODDON (SB# 125389)
   evecoddon@paulhastings.com
2  DANIEL PRINCE (SB#237112)
   danielprince@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor                    *E-FILED 4/2/08*
4  Los Angeles, CA  90071-2228
   Tel.: (213) 683-6000  Fax:  (213) 627-0705
5
   Attorneys for Plaintiffs
6  FOXCONN ELECTRONICS, INC., and
   HON HAI PRECISION INDUSTRY CO., LTD.
7

8  JOSEPH P. MCMONIGLE (SB# 66811)
   jmcmonigle@longlevit.com
9  GLEN R. OLSON (SB# 111914)
   golson@longlevit.com
10 JESSICA R. MACGREGOR (SB# 168777)
   jmacgregor@longlevit.com
11 LONG & LEVIT LLP
   465 California Street, Suite 500
12 San Francisco, CA  94104
   Tel.: (415) 397-2222  Fax:  (415) 397-6392
13
   Attorneys for Defendants
14 ROBINSON & WOOD, INC. and ARCHIE S. ROBINSON

15                 UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18 FOXCONN ELECTRONICS, INC., a              Case No. C07-05710 RS
   California corporation, and HON HAI
19 PRECISION INDUSTRY CO., LTD., a           **STIPULATION FOR DISMISSAL**
   Taiwanese corporation,                    AND ORDER THEREON
20
                        Plaintiffs,          Action Filed:     November 9, 2007
21
            vs.
22
   ROBINSON & WOOD, INC., a California
23 corporation, ARCHIE S. ROBINSON, an
   individual, and DOES 1-100, inclusive,
24
                        Defendants.
25

26

27

28

1         Pursuant to Northern District Local Rule 6-1(a), Plaintiffs Foxconn Electronics,

2    Inc. and Hon Hai Precision Industry Co., Ltd. ("Plaintiffs") and Defendants Robinson & Wood,

3    Inc. and Archie Robinson ("Defendants"), by and through their respective counsel, hereby

4    stipulate as follows:

5

6         WHEREAS, on November 9, 2007, Plaintiffs filed with the Court their Complaint,

7    Case No. C07-05710 RS, alleging professional negligence, breach of contract, and breach of

8    fiduciary duty (the "Lawsuit");

9

10        WHEREAS, Defendants have not yet filed an Answer to the Lawsuit;

11

12        WHEREAS, Plaintiffs seek to dismiss the Lawsuit with prejudice, with each party

13   to bear their respective attorneys' fees, costs, and expenses;

14

15        //

16

17        //

18

19        //

20

21        //

22

23        //

24

25        //

26

27        //

28

2

1    THEREFORE, pursuant to the parties' agreement, the Lawsuit shall be and

2  hereby is dismissed with prejudice, with each party to bear their respective attorneys' fees, costs,

3  and expenses.  This Stipulation may be executed in counterparts and by e-mail or facsimile, each

4  of which taken together constitutes the original.

5

6  Dated:  Apr. 11  , 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

7

8          By:  _____
                DANIEL PRINCE
9               Attorneys for Plaintiffs
                FOXCONN ELECTRONICS, INC., and
10              HON HAI PRECISION INDUSTRY CO.,
                LTD.

11 Dated:  April 1  , 2008          LONG & LEVIT LLP

12

13          By:  _____
                JESSICA R. MACGREGOR
14              Attorneys for Defendants
                ROBINSON & WOOD, INC., AND
15              ARCHIE S. ROBINSON

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3

1

## __ORDER__

2

3          Pursuant to the parties' Stipulation, the Lawsuit (*i.e.* Case No. C07-05710 RS),

4

shall be and hereby is dismissed with prejudice.  Each party shall bear their respective attorneys'

5

fees, costs, and expenses.  IT IS SO ORDERED.

6

7     Dated:     April 2, 2008          By: _____

8                                             United States District Judge

                                              Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL